**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────

**JOSE LUIS MORANCHAL SARMIENTO, ET AL.,**

        **Plaintiffs,**

   - against -

**EASTSIDE BARKING DOG INC., ET AL.,**

        **Defendants.**
───────────────────────────────────

**20-cv-3190 (JGK)**

<u>**ORDER**</u>

**JOHN G. KOELTL, District Judge:**

    The plaintiffs should file a proposed Order to Show Cause for a default judgment by July 10, 2020 or the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:**   **New York, New York
        June 24, 2020**

                                    /s/ John G. Koeltl
                                   **John G. Koeltl
                           United States District Judge**