```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

JOSE SARMIENTO,

              Plaintiff,          20-cv-3190 (JGK)

    - against -             <u>ORDER</u>

EASTSIDE BARKING DOC INC., ET AL.,

              Defendants.

―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The parties should submit a Rule 26(f) report by **August 24, 2020.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 10, 2020**        /s/ John G. Koeltl
                                         **John G. Koeltl**
                                  **United States District Judge**