# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620
_____

woates@faillacelaw.com

March 11, 2021

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
Application granted. SO ORDERED.

New York, New York    /s/ John G. Koeltl
March 12, 2021       John G. Koeltl, U.S.D.J.
```

Re: Sarimento, et al v. Eastside Barking Dog Inc., et al
Index No.: 20-cv-03190-JGK

Your Honor:

Our office represents Plaintiffs in the above-referenced matter. We write, with the consent of Defendants, to respectfully request a forty-five day extension of the deadline to submit the parties' joint pre-trial order and motions *in limine*, which are currently due on Friday, March 12, 2021. This is the first request of its kind.

The reasons for the within request are twofold. First, the undersigned is relatively new to this matter. Second, the parties require additional time to draft and coordinate their respective contributions to the joint pre-trial order. As such, the parties respectfully request a forty-five day extension of the deadline to submit the joint pre-trial order and motions *in limine*.

Plaintiff thanks the Court for its time and attention to this matter.

Respectfully submitted,

/s_____
William K. Oates, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiff*

cc: Rob Ontell, Esq. (via ECF)
*Attorney for Defendants*