# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

woates@faillacelaw.com

April 23, 2021

**VIA ECF**  
Hon. John G. Koeltl  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

**APPLICATION GRANTED**  
**SO ORDERED**  
/s/ John G. Koeltl  
John G. Koeltl, U.S.D.J.  
4/23/21

Re: Sarimento, et al v. Eastside Barking Dog Inc., et al  
Index No.: 20-cv-03190-JGK

Your Honor:

Our office represents Plaintiff in the above-referenced matter. We write, with the consent of Defendants, to respectfully request a one-week extension of the deadline to submit the parties' joint pre-trial order and motions *in limine*, which are currently due on Monday, April 26, 2021. This is the second request of its kind. The Court granted Plaintiffs' first request.

The reason for the within request is that the parties have been engaging in settlement negotiations and hope to resolve their dispute within the next week. Accordingly, the parties respectfully request the Court to grant a brief extension of the deadline to submit the parties' joint pre-trial order and motions *in limine*, to May 3, 2021, so that the parties can have the opportunity to utilize their time and resources towards settlement.

Plaintiff thanks the Court for its time and consideration of this matter.

Respectfully submitted,

/s  
William K. Oates, Esq.  
Michael Faillace & Associates, P.C.  
*Attorneys for Plaintiff*

cc: Rob Ontell, Esq. (via ECF)  
*Attorney for Defendants*