# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

woates@faillacelaw.com

May 3, 2021

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
5/3/21
John G. Koeltl, U.S.D.J.

Re:　Sarimento, et al v. Eastside Barking Dog Inc., et al
　　　Index No.: 20-cv-03190-JGK

Your Honor:

　　Our office represents Plaintiff in the above-referenced matter. We write, with the consent of Defendants, to respectfully request a final extension of the deadline to submit the parties' joint pre-trial order and motions *in limine*, which are currently due on Monday, May 3, 2021. This is the third request of its kind. The Court granted Plaintiffs' first two requests.

　　The reason for the within request is that the parties have been having ongoing settlement negotiations. Accordingly, the parties respectfully request the Court to grant a final extension of the deadline to submit the parties' joint pre-trial order and motions *in limine*, to May 24, 2021, so that the parties can have a further opportunity to utilize their time and resources towards settlement.

　　Plaintiff thanks the Court for its time and consideration of this matter.

Respectfully submitted,

/s
William K. Oates, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiff*

cc:　Rob Ontell, Esq. (via ECF)
　　　*Attorney for Defendants*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-3-21

*Certified as a minority-owned business in the State of New York*