# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

woates@faillacelaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5·25·21

May 24, 2021

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
5/25/21
John G. Koeltl, U.S.D.J.

Re:   Sarimento, et al v. Eastside Barking Dog Inc., et al
      Index No.: 20-cv-03190-JGK

Your Honor:

Our office represents Plaintiff in the above-referenced matter. We write, with the consent of Defendants, to respectfully request a three-week extension of the deadline to submit the parties' joint pre-trial order and motions *in limine*, which are currently due on Monday, May 24, 2021. This is the fourth request of its kind. The Court granted Plaintiff's first three requests.

The reasons for the within request are twofold. First, the parties continue to engage in settlement negotiations and remain hopeful that they will be able to resolve their dispute. Second, based on documents produced by Defendants, and communications amongst the parties during settlement negotiations, Defendants have raised claims that may lead to Plaintiff's voluntary dismissal of the within action. Towards that end, Plaintiff recently hired a private investigator to ascertain the merits of those claims. Our private investigator anticipates that he will complete his investigation, and send us the results thereof, within the next two weeks.

Accordingly, Plaintiff respectfully request the Court to grant an extension of the deadline to submit the parties' joint pre-trial order and motions *in limine* to June 14, 2021.

Plaintiff thanks the Court for its time and consideration of this matter.

Respectfully submitted,

/s _____
William K. Oates, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiff*

cc:   Rob Ontell, Esq. (via ECF)
      *Attorney for Defendants*