# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

woates@faillacelaw.com

June 9, 2021

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
6/10/21

Re: Sarimento, et al v. Eastside Barking Dog Inc., et al
Index No.: 20-cv-03190-JGK

Your Honor:

Our office represents Plaintiff in the above-referenced matter. We write, with the consent of Defendants, to respectfully request a four-week extension of the deadline to submit the parties' joint pre-trial order and motions *in limine*, which are currently due on Monday, June 14, 2021. This is the fifth request of its kind. The Court granted Plaintiff's first four requests.

As indicated in our letter to the Court dated May 24, 2021, the parties are attempting to resolve the within action. As further indicated in our letter, based on documents produced by Defendants, and communications amongst the parties during settlement negotiations, Defendants have raised claims that may lead to Plaintiff's voluntary dismissal of the within action. Towards that end, Plaintiff hired a private investigator to ascertain the merits of those claims. Our private investigator, however, has informed us that he has not completed his investigation and is still awaiting documents from outside sources. Our investigator anticipates that he will complete his investigation, and send us the results thereof, in early July.

Accordingly, Plaintiff respectfully requests the Court to grant an extension of the deadline to submit the parties' joint pre-trial order and motions *in limine* to July 12, 2021. Plaintiff apologizes to the Court for any inconvenience.

Plaintiff thanks the Court for its time and consideration of this matter.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06·10·2021

Respectfully submitted,

/s
William K. Oates, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiff*

cc: Rob Ontell, Esq. (via ECF)

*Certified as a minority-owned business in the State of New York*