# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

woates@faillacelaw.com

July 9, 2021

**VIA ECF**  
Hon. John G. Koeltl  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

   Re: Sarimento, et al v. Eastside Barking Dog Inc., et al  
     Index No.: 20-cv-03190-JGK

Your Honor:

  Our office represents Plaintiff in the above-referenced matter. We write, with the consent of Defendants, to respectfully request a two-week extension of the deadline to submit the parties' joint pre-trial order and motions *in limine*, which are currently due on Monday, July 12, 2021. This is the sixth request of its kind. The Court granted Plaintiff's first five requests.

  As indicated in our previous letter to the Court, based on documents produced by Defendants, and communications amongst the parties during settlement negotiations, Defendants have raised claims that may lead to Plaintiff's voluntary dismissal of the within action. Towards that end, Plaintiff hired a private investigator to ascertain the merits of those claims. Our private investigator has received, and provided us, with most of the documents it requested from outside sources, but is still awaiting documents and information from one more source. Our investigator anticipates that he will receive the remainder of these documents and information within the next week.

  Accordingly, Plaintiff respectfully requests the Court to grant an extension of the deadline to submit the parties' joint pre-trial order and motions *in limine* to July 26, 2021. Plaintiff apologizes to the Court for submitting multiple requests for the within extension, but we are only doing so to ensure that we obtain documents and information pertaining to the claims raised by Defendants and that we then make an informed decision as to whether or not to dismiss the within action.

APPLICATION GRANTED  
SO ORDERED

7/9/21  
John G. Koeltl, U.S.D.J.

*Certified as a minority-owned business in the State of New York*

July 9, 2021
Page 2

       Plaintiff thanks the Court for its time and consideration of this matter.

Respectfully submitted,

/s_____
William K. Oates, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiff*

cc:    Rob Ontell, Esq. (via ECF)