# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

woates@faillacelaw.com

August 12, 2021

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
8/12/21

Re: Sarimento, et al v. Eastside Barking Dog Inc., et al
Index No.: 20-cv-03190-JGK

Your Honor:

Our office represents Plaintiff in the above-referenced matter. We write, jointly with Defendants, to respectfully request a final extension of the deadline to submit the parties' joint pre-trial order and motions *in limine*, from Monday, August 16, 2021 to Wednesday, September 1, 2021. This is the eighth request of its kind. The Court granted the first seven requests.

As indicated in our previous letter to the Court, Plaintiff hired a private investigator to ascertain the merits of Defendants' claim that the within action should be dismissed. The investigator provided our office with documents relating to that claim and Defendants have asked for a copy of those documents. Our office is now in the process of compiling these documents for production to Defendants. After Defendants have reviewed the documents, counsel for the parties will meet and confer prior to September 1, 2021 in an attempt to settle the case.

Accordingly, the parties respectfully request the Court to grant an extension of the deadline to submit the parties' joint pre-trial order and motions *in limine* to September 1, 2021. The parties apologize to the Court for submitting many requests for the within extension.

The parties thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s
William K. Oates, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiff*

cc: Rob Ontell, Esq. (via ECF)