UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE LUIS MORANCHAL SARMIENTO,      Docket No.: 20-cv-03190 (JGK)
*individually and on behalf of others similarly situated,*

                                   *Plaintiff,*     PROPOSED JUDGMENT

-against-

EASTSIDE BARKING DOG INC. (D/B/A BARKING DOG), ERGYS JANKU, BUJAR QEMAL KACI, SOKOL KASIM, and EMIN ALLIU,

                                 *Defendants.*
-----------------------------------------------------------X

WHEREAS, on or about September 13, 2021, Defendants, EASTSIDE BARKING DOG INC. (d/b/a BARKING DOG), ERGYS JANKU, BUJAR QEMAL KACI, SOKOL KASIM, and EMIN ALLIU, extended to Plaintiff, JOSE LUIS MORANCHAL SARMIENTO, an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Twelve Thousand Five Hundred Dollars and No Cents ($12,500.00), and whereas said Plaintiff accepted said offer on or about September 13, 2021,

JUDGMENT shall be entered in favor of Plaintiff and against Defendants in the amount of Twelve Thousand Five Hundred Dollars and No Cents ($12,500.00).

Dated: New York, New York
          9/14, 2021

                                         HON. JOHN G. KOELTL, U.S.D.J.